1  RILEY A. CLAYTON
   Nevada Bar No. 5260
2  rclayton@lawhjc.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorneys for Defendant,*
   *State Farm Mutual Autmobile Ins. Co.*
7

8                      **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11   DIANA GOODSELL, an Individual | CASE NO: 2:17-cv-03016-RFB-CWH |
| 12                Plaintiff, | |
| 13   vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 14   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X. | |
| 15 | |
| 16 | |
| 17                Defendants. | |

18

19      IT IS HEREBY STIPULATED, by and between the Plaintiff, DIANA GOODSELL, and

20 Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, parties hereto, by

21 and through their respective counsel, SHUMWAY VAN law firm, for Plaintiff, and Hall Jaffe &

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

Clayton, LLP, for Defendant, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 7th day of February 2018.

HALL JAFFE & CLAYTON, LLP

By: /s/ Riley A. Clayton
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant*

DATED this 6 day of Feb, 2018.

SHUMWAY VAN

By: /s/ Michael C. Van
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
DANIEL M. HANSEN, ESQ.
Nevada Bar No. 13886
8985 S. Eastern Avenue, Ste. 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED:**

Dated this 8th day of February, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge